RECV'D '08 MAR 07 11:42 USDC-ORP

FILED '08 MAR 07 15:33 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 07-281-BR |
| | CR 95-259-BR |
| v. | |
| | ORDER DETERMINING MENTAL |
| JEFFREY DAVID MOODENBAUGH, | INCOMPETENCY OF DEFENDANT |
| | UNDER 18 U.S.C. § 4241 |
| Defendant. | AND COMMITMENT TO CUSTODY |
| | OF ATTORNEY GENERAL |

This case came before the court on March 6, 2008, for a hearing to determine the competency of defendant pursuant to 18 U.S.C. § 4241. Defendant was personally present in custody with his attorney, Susan Russell. The United States appeared through Assistant United States Attorney Stephen F. Peifer.

The court received the forensic evaluation of defendant dated February 1, 2008, submitted by the Federal Bureau of Prisons, and the court entered it into evidence as a sealed exhibit. Based upon that report, and having heard the arguments of the parties, the court hereby **FINDS** by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is therefore **ORDERED** that, pursuant to 18 U.S.C. § 4241(d)(1) defendant shall be committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as it is necessary to determine whether there is a substantial probability that in the foreseeable future he will obtain the capacity to permit any trial and other proceedings to take place.

**IT IS FURTHER ORDERED** that the Attorney General, through the Bureau of Prisons, shall provide to the court, no later than June 23, 2008, a report on defendant's status and condition.

**IT IS FURTHER ORDERED** that the U.S. Marshal shall forthwith transport defendant to a suitable facility designated by the Attorney General for hospitalization and treatment in compliance with this order.

The court further **FINDS** that any period of delay occasioned by this order shall be considered excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED** this 7th day of March 2008.

_____
THE HONORABLE ANNA J. BROWN
United States District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -    Order Determining Mental Incompetency of Defendant under 18 U.S.C. § 4241 and Commitment to Custody of Attorney General